

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-01064-CR

**EX PARTE** Christian Sabino **PRIETO PRIETO**

From the County Court, Kinney County, Texas
Trial Court No. 12626CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's order
denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 30, 2025.

_____
Lori I. Valenzuela, Justice